AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

ROBERT DAVIS,

      Plaintiff,             JUDGMENT IN A CIVIL CASE
V.

                             CASE NUMBER: **3:09-CV-00634-LRH-RAM**

CLERK OF COURT'S, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice for failure to state a claim upon which relief can be granted.

  September 16, 2010                           **LANCE S. WILSON**
                                                     Clerk

                                           /s/ Katie Lynn Ogden
                                              Deputy Clerk